IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CARPENTERS COMBINED FUNDS, INC.,
By James R. Klein, Administrator,

                  Plaintiff,

                                         Civil Action No. 06-1346

  v.

THOMAS DIDIANO & SON, INC.,

                  Defendants.

### STIPULATION PURSUANT TO LOCAL RULE 7.2 OF UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

It is stipulated and agreed by counsel for the parties that Defendant Thomas DiDiano & Son, Inc. is granted an extension of time to file a response to the Complaint in this action as the parties continue to work towards resolving all pending issues. Said Defendant's responses shall be filed on or before May 24, 2007.

| METZ LEWIS LLC | TUCKER ARENSBERG, P.C. |
|---|---|
| /s/ *Ross A. Giorgianni, Esquire* | /s/ *Jeffrey J. Leech, Esquire* (w/permission) |
| Joseph H. Bucci, Esquire | Jeffrey J. Leech, Esquire |
| Pa. ID # 53435 | Pa. I.D. #19814 |
| Ross A. Giorgianni, Esquire | Neil J. Gregorio, Esquire |
| Pa ID # 82076 | Pa. ID #90859 |
| 11 Stanwix Street | 1500 One PPG Place |
| Pittsburgh, PA 15222 | Pittsburgh, PA 15222 |
| (412) 918-1100 | (412) 566-1212 |
| Attorneys for Defendant, | Attorneys for Plaintiff, |
| Thomas DiDiano & Sons, Inc. | Carpenters Combined Funds, Inc. |

ORDER
AND NOW, this 24th day of April, 2007, IT IS SO ORDERED.
NO FURTHER EXTENSION WILL BE GRANTED.

_____
Gary L. Lancaster, U.S. District Judge