IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARPENTERS COMBINED FUNDS, INC., By<br>JAMES R. KLEIN, Administrator,<br><br>    Plaintiff,<br><br>  v.<br><br>THOMAS DIDIANO & SON, INC.,<br><br>    Defendant. | )<br>) Civil Action No. 06-1346<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER OF COURT**

AND NOW, this **26th** day of **Oct**, 2007 after consideration of Plaintiff's Motion to Discontinue, it is hereby ORDERED, ADJUDGED and DECREED that the above-referenced case is DISCONTINUED against Defendant, Thomas Didiano & Son, Inc.

_____
United States District Judge

LIT:428545-1